**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

```
FILED BY____CWC____D.C.

JUL 07 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.
```

Case Number: 26-CV-61814-PAB

Plaintiff:
**LORENZO ALLEN AND JUANITA ALLEN**

vs.

Defendant:
**PHH MORTGAGE CORPORATION**


KDY2026034116

For:
LORENZO ALLEN AND JUANITA ALLEN
6207 NW 66TH WAY
PARKLAND, FL 33067

Received by Wyatt Kady on the 30th day of June, 2026 at 12:44 pm to be served on **PHH MORTGAGE CORPORATION CORPORATION SERVICE COMPANY, 1201 HAYS ST, Tallahassee, FL 32301.**

I, Wyatt Kady, do hereby affirm that on the **1st day of July, 2026** at **12:00 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF** to: **Thomas Peace** as Customer Service associate, a Designated employee of the Registered Agent , pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 Hays Street, Tallahassee, FL 32301.** on behalf of **PHH MORTGAGE CORPORATION**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 300, Hair: DARK BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**Wyatt Kady**
Process Server 249

**SAMUELS PROFESSIONAL SERVERS, CORP.**
**5211 W. HILLSBORO BLVD.**
**BLD. 1 - UNIT 206**
**COCONUT CREEK, FL 33073**
**(786) 219-6844**

Our Job Serial Number: KDY-2026034116

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e