**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-CV-61814-AUGUSTIN-BIRCH**

**LORENZO and JUANITA ALLEN,**

**Plaintiffs,**

**v.**

**PHH MORTGAGE CORPORATION,**

**Defendant.**
_______________________________________/

**ORDER TO SHOW CAUSE**

This matter comes before the Court upon a *sua sponte* review of the record. Defendant PHH Mortgage Corporation filed a Motion to Dismiss on August 20, 2026. DE 11. Plaintiffs Lorenzo and Juanita Allen have not responded to the Motion to Dismiss as of the date of this Order, and the time for Plaintiffs to do so has passed. *See* S.D. Fla. L.R. 7.1(c)(1) ("For all motions, except motions served with the summons and complaint, each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default.").

Accordingly, by **September 23, 2026**, Plaintiffs must file a response to the Motion to Dismiss or otherwise show cause in a writing filed on the docket why the Motion to Dismiss should not be granted. Plaintiffs' failure to comply with this Order to Show Cause may result in the Motion to Dismiss being granted by default. Plaintiffs' failure to comply may also result in the dismissal of this case due to Plaintiffs' failure to prosecute and to comply with the Court's Order. **The Clerk of Court is directed to mail a copy of this Order to Plaintiffs at the address listed below and to make a notation of such on the docket.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of September, 2026.

_______________________________
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:
Lorenzo and Juanita Allen
6207 NW 66th Way
Parkland, FL 33067